UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT LESLIE WASHAM,

    Plaintiff,      No. C 13-5821 EDL (PR)

  v.      **ORDER OF DISMISSAL**

DR. KIRK ANDRUS, et. al.,

    Defendants.
_____/

Plaintiff, a former detainee at Lake County Jail, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. On April 14, 2014, the court issued an order dismissing the complaint with leave to amend. The court directed plaintiff to file an amended complaint within twenty-eight days or face dismissal. To date, plaintiff has not communicated with the court.

In addition, the April 14, 2014, order was returned as undeliverable. As of the date of this order, plaintiff has not updated his address with the court or submitted any further pleadings in this case. Pursuant to Northern District Civil Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. *See* Civil L.R. 3-11(b). More than sixty days have now passed since the mail sent to plaintiff by the court was returned as undeliverable. The court has not received a notice from plaintiff of a new address.

Accordingly, the instant complaint is DISMISSED without prejudice. The clerk of the

court shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: June 26, 2014.



ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Washam5821.311dis.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28